# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| GLENN BURTON, JR., et al, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN CYANAMID, et al., <br><br> Defendants. | **Case Nos. 22-2628, 22-2629, 22-2630, 22-2631, 22-2632, 22-2633, 22-2634, 22-2635, 22-2636, 22-2637** <br> On Appeal from the <br> United States District Court for <br> the Eastern District of Wisconsin <br> Nos. 07-CV-0303, 07-CV-0441, 10-CV-0075, 07-CV-864, 11-CV-0425, 11-CV-0055, 14-CV-1423 <br> The Hon. Lynn Adelman |

## JOINT MOTION FOR 45-DAY EXTENSIONS OF TIME

Pursuant to Federal Rule of Appellate Procedure 26(b) and Seventh Circuit Rule 26, Plaintiff-Appellants respectfully request an additional 45 days to file their opening brief, to and including December 9, 2022. Defendant-Appellees respectfully request an additional 45 days to file their responsive briefs, to and including February 22, 2023. In support of this motion, counsel states as follows:

1. Plaintiff-Appellants' opening consolidated brief is currently due on October 25, 2022. Doc. No. 2 (Sept. 19, 2022). This motion is filed more than seven days before the brief is due. This is Plaintiff-Appellants' first request for an extension of time.

2. Defendant-Appellees' response brief is currently due on November 28, 2022. Doc. No. 2 (Sept. 19, 2022). This motion is filed more than seven days before the brief is due. This is Defendant-Appellees' first request for an extension of time.

3. An extension is necessary to accommodate the schedules of counsel; account for intervening holidays; and ensure proper coordination among the parties in these consolidated appeals, which arise from multiple cases that the parties litigated for over a decade in the Eastern District of Wisconsin. *See* Doc. No. 2 ("Counsel for appellees are encouraged to avoid unnecessary duplication by filing a joint brief or a joint appendix or by adopting parts of a co-appellee's brief. Duplicative briefing will be stricken and may result in disciplinary sanctions against counsel.").

4. Counsel for Plaintiff-Appellants and Defendant-Appellees agree to the contents of this Motion.

Dated: October 6, 2022          Respectfully submitted,

                                         <u>/s/ Fidelma Fitzpatrick</u>
                                         Fidelma Fitzpatrick (*Counsel of Record*)
                                         MOTLEY RICE LLC
                                         55 Cedar St., Ste. 100
                                         Providence, RI 02903

Phone: (401) 457-7728
Fax: (401) 457-7708
ffitzpatrick@motleyrice.com

Edward A. Wallace, Esq.
Mark R. Miller, Esq.
WALLACE MILLER LLP
150 N. Wacker Drive, Suite 1100
Chicago, IL 60606
Telephone: (312) 261-6193
eaw@wallacemiller.com
mrm@wallacemiller.com

Victor C. Harding, Esq.
WARSHAFSKY, ROTTER,
TARNOFF & BLOCH
839 N. Jefferson Street, Suite 300
Milwaukee, WI 53202
Telephone: (414) 276-4970
vich@warshafsky.com

Peter G. Earle, Esq.
LAW OFFICES OF PETER EARLE
839 N. Jefferson Street, Suite 300
Milwaukee, WI 53202
Telephone: (414) 276-1076
peterearle1950@gmail.com

***Attorneys for Plaintiffs-Appellants***

Respectfully submitted,

/s/ Leon F. DeJulius, Jr.

Leon F. DeJulius, Jr.
JONES DAY
250 Vesey Street
New York, New York 10281-1047
212-326-3830 / 212-755-7306 (fax)
lfdejulius@jonesday.com

Anderson T. Bailey
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, PA 15219
412-391-3939 / 412-394-7959 (fax)
atbailey@jonesday.com

Jeffrey K. Spoerk (Wis. 1005405)
QUARLES & BRADY LLP
411 E Wisconsin Ave., Suite 2350
Milwaukee, WI 53202
414-277-5000
jeff.spoerk@quarles.com

***Attorneys for Defendant-Appellee
The Sherwin-Williams Company***

/s/ Brian D. Schmalzbach

Brian D. Schmalzbach, Esq.
Joy C. Fuhr, Esq.
Eric S. Fleming, Esq.
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
(804) 775-1000 (phone)
(804) 775-1061 (fax)
bschmalzbach@mcguirewoods.com
jfuhr@mcguirewoods.com
efleming@mcguirewoods.com

Paul E. Benson, Esq. (1001457)
MICHAEL BEST & FRIEDRICH LLP
790 North Water Street, Suite 2500
Milwaukee, WI 53202
(414) 271-6560 (phone)
(414) 277-0656 (fax)
pebenson@michaelbest.com

***Attorneys for Defendant-Appellee
E. I. du Pont de Nemours and
Company***

/s/ *Robert P. Alpert*

Robert P. Alpert
Jeffrey K. Douglass
Eric Larson
MORRIS, MANNING & MARTIN, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326
404-233-7000 / 404-365-9532 (fax)
ralpert@mmmlaw.com
jdouglass@mmmlaw.com
elarson@mmmlaw.com

***Attorneys for Defendant-Appellee
Armstrong Containers, Inc.***

/s/ *Sean Morris*

Anthony S. Baish (Wis. No. 1031577)
GODFREY & KAHN, S.C.
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202-5 6 I 5
414-273-3500
tbaish@gklaw.com

Sean Morris
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017-5844
213-243-4000
sean.morris@arnoldporter.com

***Attorneys for Defendant-Appellee
Atlantic Richfield Company***

## CERTIFICATE OF SERVICE

I certify that on October 6, 2022, I electronically filed this Joint Motion for 45-Day Extension of Time with the Clerk of this Court through the CM/ECF system, which will send notification of this filing to counsel of record for all other parties who are registered CM/ECF users.

/s/ *Fidelma. Fitzpatrick*
Fidelma Fitzpatrick