# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| LATONYA CANNON, et al., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> AMERICAN CYANAMID, et al., <br><br> Defendants-Appellees. | Case Nos. 22-2636 (L), 22-2630, 22-2632, 22-2633, 22-2634, 22-2635, 22-2637 <br><br> On Appeal from the United States District Court for the Eastern District of Wisconsin Nos. 07-CV-864, 11-CV-0425, 11-CV-0055, 14-CV-1423 <br> The Hon. Lynn Adelman |

## DEFENDANT-APPELLEE, E. I. DU PONT DE NEMOURS AND COMPANY'S, NOTICE OF COMPANY NAME CHANGE TO EIDP, INC.

Defendant-Appellee, E. I. du Pont de Nemours and Company, respectfully notifies this Court that, effective January 1, 2023, its name changed to EIDP, Inc. EIDP, Inc. respectfully requests that this Court make any necessary changes to reflect the appropriate name for Defendant-Appellee, EIDP, Inc. in their records. This name change does not alter the corporate relationship with Corteva, Inc. in that Corteva, Inc. owns 100% of EIDP, Inc.

Respectfully submitted,    January 24, 2023

/s/ *Brian D. Schmalzbach*
Brian D. Schmalzbach, Esq.
Joy C. Fuhr, Esq.
Eric S. Fleming, Esq.
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
(804) 775-1000 (phone)
(804) 775-1061 (fax)
bschmalzbach@mcguirewoods.com
jfuhr@mcguirewoods.com
efleming@mcguirewoods.com


Paul E. Benson, Esq. (1001457)
MICHAEL BEST & FRIEDRICH LLP
790 North Water Street, Suite 2500
Milwaukee, WI 53202
(414) 271-6560 (phone)
(414) 277-0656 (fax)
pebenson@michaelbest.com

***Attorneys for Defendant-Appellee EIDP, Inc. f/k/a E. I. du Pont de Nemours and Company***

## **CERTIFICATE OF SERVICE**

I certify that on January 24, 2023, I caused DEFENDANT-APPELLEE, E. I. DU PONT DE NEMOURS AND COMPANY'S NOTICE OF COMPANY NAME CHANGE TO EIDP, INC. to be electronically filed with the Clerk of this Court through the CM/ECF system, which will send notification of this filing to counsel of record for all other parties who are registered CM/ECF users.

　　　　　　　　　　　　　　　　　　*/s/Brian D. Schmalzbach*